PROSKAUER ROSE LLP
HAROLD M. BRODY, SBN 84927
hbrody@proskauer.com
SUSAN L. GUTIERREZ, SBN 273980
sgutierrez@proskauer.com
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:    (310) 557-2900
Facsimile:     (310) 557-2193

Attorneys for Defendant
BARNEYS NEW YORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKSANA CLEM,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BARNEYS NEW YORK, INC.,<br><br>　　　　　Defendant. | Case No. C11-3952 CW<br><br>**[PROPOSED] ORDER TO STIPULATION TO WITHDRAW PLAINTIFF'S MOTION TO STRIKE FROM THE CALENDAR, AND ALLOW DEFENDANT TO FILE ITS AMENDED ANSWER ON OR BEFORE DECEMBER 9, 2011**<br><br>**Hon. Claudia Wilken**<br><br>Action Filed:  August 11, 2011 |

---

[PROPOSED] ORDER FOR THE PARTIES' STIPULATION

1270/13140-083 current/26095157v1

**[PROPOSED] ORDER**

Pursuant to the concurrently filed stipulation, IT IS HEREBY ORDERED that Plaintiff's Motion be withdrawn from the calendar, and that Defendant may have until and including December 9, 2011, to file its Amended Answer.

DATED: 12/2/2011

*Claudia Wilken*
The Honorable Claudia Wilken

[PROPOSED] ORDER FOR THE PARTIES' STIPULATION
1270/13140-083 current/26095157v1