IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSKANA CLEM,

    Plaintiff,

  v.

BARNEYS NEW YORK, INC.,

    Defendant.

No. C 11-03952 CW

ORDER REGARDING EX PARTE APPLICATION RE SUBSTITUTION OF COUNSEL (Docket No. 26)

Plaintiff's attorney has filed a notice of substitution of counsel and an ex parte application re notice of substitution of counsel. As Plaintiff's attorney notes, the matter is set for mediation in a few days, on June 19, 2012. The Court will not allow the substitution of Plaintiff in pro per until after she and her counsel have attempted in good faith to mediate the case on the date scheduled. After the mediation has been held, and if it is unsuccessful, counsel may file notice that the substitution is still requested.

Dated: 6/15/2012

CLAUDIA WILKEN
United States District Judge