IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKSANA CLEM, | No. C 11-3952 CW |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S COUNSEL'S REQUEST TO WITHDRAW, |
| v. | |
| BARNEYS NEW YORK, INC., | Docket No. 38. |
| Defendant. | |

On June 14, 2012, Plaintiff's counsel, Alden Knishbacher, filed a notice of substitution, seeking to withdraw as counsel in this action and have Plaintiff represent herself. In response, the Court issued an order stating that it would not allow the substitution of Plaintiff in pro per until after she and her counsel have attempted in good faith to mediate the case.

The parties have since engaged in mediation, as indicated by the mediator's certification filed on July 24, 2012. Plaintiff's counsel then filed a second notice of substitution of counsel. Docket No. 38. Counsel's request to withdraw is granted. If Plaintiff wishes to pursue this litigation, she will have to retain new counsel or represent herself in pro per.

The parties are scheduled to appear for a case management conference on August 29, 2012 at 2:00 pm. The parties shall submit separate case management statements on or before August 22, 2012. The requirements for the case management statements are described in the Standing Order for All Judges of the Northern District of California. In the event that Plaintiff fails to file

a statement or does not appear at the conference in person or through counsel, her claims will be dismissed for failure to prosecute.

    IT IS SO ORDERED.

Dated: 7/31/2012

CLAUDIA WILKEN
United States District Judge