**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSKANA CLEM, | No. C 11-3952 CW |
|     Plaintiff, | JUDGMENT |
|   v. | |
| BARNEYS NEW YORK, INC., | |
|     Defendant. | |

    For the reasons set forth in this Court's Order Granting Motion to Dismiss,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff Oskana Clem take nothing, that the action be dismissed on the merits, and that each party bear their own costs of action.

    Dated at Oakland, California, this 16th day of November, 2012.

RICHARD W. WIEKING
Clerk of Court

By: _____

Deputy Clerk